1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | | |
|---|---|---|
| 11 SAMANTHA PANA, | ) | Case No.:  CV 10-1840 DSF (OPx) |
| 12              Plaintiff, | ) | |
| 13      vs. | ) | JUDGMENT |
| 14 BLACKSTONE FINANCIAL GROUP, LLC, and DOES 1-10, | ) | JS-6 |
| 15 inclusive | ) | |
| 16              Defendants. | ) | |
| 17 _____ | ) | |

18
19          The Court having previously issued an Order to Show Cause re Dismissal
20 for Failure to Prosecute, and plaintiff not having timely responded,
21 IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the
22 action be dismissed without prejudice.
23
24
25 Dated: August 12, 2010
                                              _____
26                                                   Dale S. Fischer
                                              United States District Judge
27
28